JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Chris Langer,

        Plaintiff,

    v.

Miguel W. Gonzalez, et al.,

        Defendants.

CV 20-3475 PA (MRWx)

JUDGMENT

      Pursuant to the Court's May 26, 2020 Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

      IT IS SO ORDERED.

DATED:  May 26, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE